■ In the Matter of ANSEL P., a Person Alleged to be a Juvenile Delinquent, Appellant. [954 NYS2d 451]

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's determinations concerning credibility. The evidence established the elements of each offense, and we have considered and rejected appellant's arguments to the contrary. Concur—Gonzalez, P.J., Sweeny, Richter, Román and Clark, JJ.